In the Matter of MICHAEL G., an Infant. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; JENNIFER K., Appellant, et al., Respondent. (Appeal No. 2.) [750 NYS2d 919] —Appeal from an order of Family Court, Erie County (Rosa, J.), entered December 24, 2001, which directed respondents to stay away from their child except for supervised visitation and to refrain from offensive conduct toward the child and each other.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs.

Same memorandum as in *Matter of Michael G.* (300 AD2d 144). Present—Pigott, Jr., P.J., Pine, Wisner, Kehoe and Burns, JJ.